UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2025 MAY -7 PM 4:00
US DISTRICT COURT
EASTERN DIST. TENN.

UNITED STATES OF AMERICA

v.

REGAN DARBY PRATER

Case No. 3:25-CR-43

Judges Varlan / McCook

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Malicious Use of Fire)

On or about March 29, 2019, in the Eastern District of Tennessee, the defendant,

REGAN DARBY PRATER,

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and other real and personal property used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce; that is, the administrative building of the Highlander Center.

In violation of Title 18, United States Code, Section 844(i).

## COUNT TWO
### (Carrying an Explosive During the Commission of a Federal Felony)

On or about March 29, 2019, in the Eastern District of Tennessee, the defendant,

REGAN DARBY PRATER,

knowingly carried an explosive during the commission of a felony that may be prosecuted in a court of the United States; that is, the defendant knowingly carried an explosive during the commission of the federal felony charged above in Count One.

In violation of Title 18, United States Code, Section 844(h)(2).

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

Casey T. Arrowood
Assistant U.S. Attorney

Anne-Marie Svolto
Assistant U.S. Attorney

HARMEET K. DHILLON
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

for Kyle Boynton
Trial Attorney

for Katherine McCallister
Trial Attorney

2