# CRIMINAL CASE COVER SHEET

By: ☒ INDICTMENT ☐ SUPERSEDING   Case Number: 3:25-CR-_____
☐ INFORMATION (*Requires AO 455 Waiver of Indictment for Felony Cases*)
☐ RULE 20

USA v. REGAN DARBY PRATER

☒ Felony   ☐ Class A Misdemeanor (*AO 86A Consent form required at Initial Appearance*)
☐ Misdemeanor (Not Class A)   ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A   ☐ Zone B

Name of Assigned AUSA: Casey T. Arrowood and Anne Marie Svolto

Matter Sealed: ☐ YES ☒ NO   Place of Offense: New Market
☐ Interpreter Required   Language:

Issued: ☐ WARRANT ☐ SUMMONS ☐ WRIT (*Motion to be filed*)

Arresting Agency: ☐ DEA ☐ ATF ☐ USMS ☐ FBI Other:

Current Trial Date (*if any*):   before Judge

☒ Criminal Complaint Filed   Case Number: 3:25-MJ-2093
☐ Defendant on Supervised Release   Case Number:

Related Case/Attorney:

Case Number:   Attorney:

Reason for Related Case Determination:

Defense Counsel (*if any*):

☒ Federal Defender ☐ CJA ☐ Retained   G. Nicholas Wallace

Appointed by Target Letter   Case Number:
Appointed in Pending Indictment   Case Number:

CHARGES: Total number of Counts for this Defendant: 2

Attorney Signature: *[signature]*

# CRIMINAL CASE COVER SHEET

Case Number: 3:25-CR-_____

USA v. REGAN DARBY PRATER

| Title & Section | Description of Offense | New Count? Y or N | New Count# | Old Count# |
|---|---|---|---|---|
| 18 U.S.C. § 844(i) | Malicious Use of Fire | Y | 1 | |
| 18 U.S.C. § 844(h)(2) | Carrying an Explosive During the Commission of a Federal Felony | Y | 2 | |