# IN THE UNITED STATES DISTRICT COURT
## FOR EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA )
)
v. ) Case No. 3:25-cr-00043
)
REGAN DARBY PRATER )
)
Defendant. )
)

## MOTION TO WITHDRAW

COMES NOW undersigned counsel and moves to withdraw as counsel for the United States in this case. Undersigned counsel is no longer employed by the United States Department of Justice.

Respectfully submitted,

_____/s/_____
Kyle R. Boynton, VA Bar 92123
K.R. BOYNTON, PLLC
108 N. Alfred Street, 1st Fl
Alexandria, Virginia 22314
571.274.6199
kyle@boynton.law